UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20734-CIV-SEITZ/MCALILEY

CARLOS PEREZ, ERIC ZIMELMAN,
ANGELA D. RIEKE and DOROTHY
HAYS, individually and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

ASURION CORPORATION; ASURION
INSURANCE SERVICES, INC.; ASURION
FLORIDA WARRANTY SERVICES, INC.;
LOCK/LINE, LLC; and LOCK/LINE
WARRANTY SERVICES OF FLORIDA, LLC,

    Defendants.
_____

## NOTICE OF FILING

Pursuant to the Court's instructions, Plaintiffs hereby give notice of filing a copy of a recent article on the MSNBC website regarding the settlement that has been preliminarily approved. After the Parties finalize the Notice, the Parties will ensure that all of the relevant information is published and provided to the various media outlets, including the claims procedure and specific website address to submit such claims.

Respectfully submitted this 31st day of January, 2007.

| | |
|---|---|
| HARKE & CLASBY LLP<br>155 S. Miami Ave., Suite 600<br>Miami, Florida 33130 | KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, Florida 33134<br>T: 305-372-1800 / F: 305-372-3508 |
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101 | /s/Adam M. Moskowitz_____<br>Adam M. Moskowitz, FBN 965723 |

LEVINE, STEINBERG, MILLER &
HUVER
550 West C Street, Suite 1810
San Diego, California 92101

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via U. S. Mail and via transmission of Notices of Electronic Filing generated by CM/ECF this 31st day of January, 2007 upon the following, and was filed with the Clerk of the Court using CM/ECF.

| | |
|---|---|
| David Walsh, Esq.<br>Paul Hastings et al.<br>515 South Flower Street<br>Los Angeles, California 90071 | Keith Kodosky<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E., Suite 2400<br>Atlanta, GA 30308 |
| ***Counsel for Asurion Insurance Svcs., Inc. & Asurion Florida Warranty Svc., Inc.*** | ***Counsel for Lock/Line, LLC & Lock/Line Warranty Services of Florida, LLC*** |
| Judith M. Korchin, Esq.<br>Holland & Knight, LLP<br>701 Brickell Avenue<br>Suite 3000<br>Miami, Florida 33131 | Hillary Bass, Esq.<br>Holly R. Skolnick, Esq.<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131 |

By:  /S/Adam M. Moskowitz

273107