UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20734-CIV-SEITZ/MCALILEY

CARLOS PEREZ, individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

ASURION CORPORATION, *et al.*,

    Defendants.
_____/

### ORDER SETTING STATUS CONFERENCE REGARDING SETTLEMENT

THIS CAUSE is before the Court on the parties' telephonic request for a status conference regarding certain issues involving the settlement of this case. Accordingly, it is hereby

ORDERED that a status conference is scheduled for **February 14, 2007 at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida, this 31st day of January, 2007.

                                                                          _____
                                                               PATRICIA A. SEITZ
                                                               UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record