UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20734-CIV-SEITZ/MCALILEY

CARLOS PEREZ, ERIC ZIMELMAN,
ANGELA D. RIEKE and DOROTHY
HAYS, individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.

ASURION CORPORATION; ASURION
INSURANCE SERVICES, INC.; ASURION
FLORIDA WARRANTY SERVICES, INC.;
LOCK/LINE, LLC; and LOCK/LINE
WARRANTY SERVICES OF FLORIDA, LLC,

    Defendants.
_____/

## DECLARATION OF ADAM M. MOSKOWITZ

I, Adam M. Moskowitz, declare as follows:

1. I am a shareholder with the law firm of Kozyak, Tropin & Throckmorton. My office is located in Coral Gables, Florida. I have been appointed as Lead Counsel for the Class in this case.

2. This declaration is based on my personal knowledge.

3. As part of the Order granting preliminary approval of this Class settlement, the Court instructed Class Counsel to file a screen shot of the settlement website.

4. Class Counsel and Counsel for Defendants collaborated in preparing the text of the settlement website.

5. Attached hereto as Exhibit A is a true and correct "screen shot" of the settlement website homepage at www.cellphoneinsurancesettlement.com.

2

6. Attached hereto as Exhibit B is a true and correct "screen shot" of the settlement website's Frequently Asked Questions page.

I declare under penalty of perjury under the laws of the State of Florida and the United States that the foregoing is true and correct and that this Declaration was executed on this 2nd day of April, 2007, at Coral Gables, Florida.

                                                          /s/Adam M. Moskowitz
                                                          Adam M. Moskowitz