**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 06-20734-CIV-SEITZ/MCALILEY

.
CARLOS PEREZ
    Plaintiff,

vs.

ASURION CORPORATION et al.

    Defendant,
_____/

JOINT NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Dina Hill, Rita Cargana, Chad Simmerson, and Barbara Rose, Objectors in the above-styled cause, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order, entered on August 8, 2007, granting the motion (DE#132) for attorney fees.

Dated:  August 23, 2007        Respectfully submitted,

  /s/ John C. Rayson_____
John C. Rayson, Esq.(204153)
The Law Offices of John C. Rayson
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL  33306
(954) 566-8855
 (954) 566-8902 fax
e-mail: rayson2000@aol.com

/s/Kenneth e. Nelson_____
Kenneth E. Nelson (Mo. Bar 31993)
Nelson Law Firm, P.C.
2900 City Center Square
1100 Main Street
Kansas City MO 64105
 (816) 421-7225
 (816) 421-3339 fax
e-mail:  kennelson@mclaw.com

1

Attorney for Objector Dina Hill

 /s/ Edward F. Siegel
Edward F. Siegel (0012912)
27600 Chagrin Blvd., Ste. 340
Cleveland, OH 44122
(216) 831-3424
(216) 831-6584 (fax)
e-mail:  efsiegel@efs-law.com

Attorney for Objectors
Rita Cargana, Chad Simmerson,
and Barbara Rose

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed through the Court's electronic system and was by that system served upon all counsel of record on August 23, 2007.

By: ____/s/ John C. Rayson_____